NOTE: Pursuant to Fed. Cir. R.47.6, this disposition is not citable as precedent. It is a public record.

# United States Court of Appeals for the Federal Circuit

04-1015

FILED
U.S. COURT OF APPEALS FOR
THE FEDERAL CIRCUIT

JUL 1 2 2004

JAN HORBALY
CLERK

FILED
AUG -9 2004
CLERK'S OFFICE
DETROIT

THE REGENTS OF THE UNIVERSITY OF MICHIGAN
and REPLIGEN CORPORATION,

Plaintiffs-Appellants,

v.

BRISTOL-MYERS SQUIBB COMPANY,

Defendant-Appellee.

## Judgment

ON APPEAL from the     UNITED STATES DISTRICT COURT FOR THE EASTERN DISTRICT OF MICHIGAN

in CASE NO(S):     00-CV-73690

This CAUSE having been heard and considered, it is

ORDERED and ADJUDGED:

PER CURIAM (GAJARSA, LINN and PROST, Circuit Judges).

AFFIRMED. See Fed. Cir. R. 36.

*ENTERED BY ORDER OF THE COURT*

DATED JUL 1 2 2004

Jan Horbaly, Clerk

COSTS: AGAINST APPELLANT.
PRINTING...........$144.90
TOTAL.............$144.90
ISSUED AS A MANDATE: AUGUST 2, 2004 (04-1015) (LP)